T.O.
05-06-2015

To whomever this may concern,

I "Kevin O'Dell," applied for an indigent atty, a week or so after I was sentenced. At that time I also put in a appeal. This all took place in January. I was not aware of what all I needed to put attached to my appeal. My appeal atty "indigent," finally wrote me March. I recieved his letter after March 25th. I then was told it was to late to appeal because of my time. The reason I was appealing is because my attorney scared me into pleaing guilty. I'm inocent. He said if I didn't sign for 4 years, I was gonna get 17 year's or more for a repeater offense. He also told me that if I signed for these 4 year's, that I would get all my 2½ year's back time from Rehabilitation, "Rehab's," & I would only do one to two months & be home. Everything he told me has been a lie. I'm not even really guilty. Please help me with this matter. I just got the letter from the 4th court of appeals friday 04-30-2015. This is the earliest I could possibly write ya'll. The letter state's that I only have until 04-09-15 for discretionary review. I got notice after that. Not foir. ~ Kevin G. O'Dell

USA
FOREVER
2014

Kevin O'Dell #1978354
Lopez State Jail
1203 El CIBOLO RD.
Edinburg, TX, 78542
(956) 316-3810

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St, Suite 3200
San Antonio, TX, 78205-3037